IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MATTHEW MCDONALD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) 1:18-cv-697 (LMB/TCB) |
| | ) |
| EDWARD G. ROBINSON, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

For the reasons stated in open court, it is hereby

ORDERED that Defendants Edward G. Robinson and Edward G. Robinson III Consulting, LLC's Motion to Dismiss Based upon Lack of In Personam Jurisdiction (Fed. R. Civ. Pro. 12(b)(2)) and, Alternatively, for Improper Venue (Fed. R. Civ. Pro. 12(b)(3)) [Dkt. No. 24]; Defendants Carla McPhun and Cadem Capital Group's Partial Motion to Dismiss for Failure to State a Claim [Dkt. No. 37]; and Defendants Edward G. Robinson and Edward G. Robinson III Consulting, LLC's Motion to Dismiss for Failure to State a Claim upon Which Relief Can Be Granted (Fed. R. Civ. Pro. 12(b)(6)) [Dkt. No. 46] be and are DENIED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 7 day of September, 2018.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge