UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| MATTHEW MCDONALD, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> EDWARD G. ROBINSON, *et al.* <br><br> Defendants. | Civil Action No. 1:18-CV-00697-LMB/TCB |

## CONSENT ORDER

Before the Court is the United States' Motion to Stay Discovery [Doc 58] and Plaintiffs' Response thereto setting forth a proposed agreed resolution to the Motion to Stay. For good and sufficient cause shown, it is hereby ORDERED, that:

(1) The United States' Motion to Stay is granted in part and denied in part as set forth below.

(2) As of September 21, 2018, there shall be a partial stay of discovery prohibiting any party from taking discovery from Defendants Carla McPhun ("McPhun"), Cadem Capital Group ("Cadem") and Choice Management, LLC ("Choice"), (collectively "McPhun Defendants"), and Defendant Christian E. D'Andrade ("D'Andrade"), until after October 22, 2018. The stay does not prohibit any party from serving discovery on D'Andrade but protects D'Andrade from having to respond to any discovery that may be served on him during the stay.

(3) The McPhun Defendants and D'Andrade shall be prohibited from taking discovery from any party during the period of the partial stay.

(4) The McPhun Defendants and D'Andrade shall respond to any discovery issued to them before or during the stay in accordance with the following schedule, and the schedule in this case shall be amended as follows:

| Existing Event | New Event | Current Date | Proposed Extended Date |
| --- | --- | --- | --- |
|  | Partial stay goes into effect | None | 9/21/18 |
|  | Partial stay expires at 5:00 p.m. | None | 10/22/18 |
| Join Parties |  | 9/28/18 | 10/29/18 |
|  | McPhun Defendants and D'Andrade responses to outstanding discovery due | 10/5/18 (McPhun Defendants) | 11/22/18 |
| Plaintiff's Expert Disclosures |  | 10/12/18 | 11/28/18 |
| Defendants' Expert Disclosures |  | 11/12/18 | 12/28/18 |
| Plaintiffs' Rebuttal Expert Disclosures |  | 11/27/18 | 1/11/19 |
| Discovery Close |  | 12/14/18 | 1/14/19 |
| Final Pretrial Conference |  | 12/20/18 | ~~To be scheduled by the court consistent with its calendar~~ 1/17/19 at 10:00 am |
| Dispositive Motions |  | 1/7/19 | 2/5/19 |
| Dispositive Motions Hearing |  | 2/2/19 | 3/1/19 |

It is so ordered.

Date: September 17, 2018

_____
Honorable Theresa Carroll Buchanan
United States District Court Magistrate Judge
Alexandria, Virginia

/s/
Theresa Carroll Buchanan
United States Magistrate Judge