UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| MATTHEW MCDONALD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EDWARD G. ROBINSON III, *et al.*, <br><br> Defendants. | Civil Action No. 1:18-CV-00697-LMB/TCB |

## CONSENT ORDER OF DISMISSAL OF ROBINSON DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(2), it is hereby ordered, upon the request of Plaintiffs Matthew McDonald and McDHoldings, LLC, that all claims asserted against Defendants Edward G. Robinson III Consulting, LLC and Edward G. Robinson III (the "Robinson Defendants") shall be and hereby are dismissed with prejudice. This Order of Dismissal only applies to claims against the Robinson Defendants and does not apply to the claims pending against all other co-defendants, which claims remain in full force and effect.

It is so ORDERED.

Date: December 11, 2018

/s/ _____
Leonie M. Brinkema
United States District Judge