UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MATTHEW MCDONALD, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:18-cv-00697 (LMB/TCB) |
| EDWARD G. ROBINSON, et al., | ) |
| Defendants. | ) |

## ORDER

The Court has received a filing styled *ex parte* Request by Third Party from nonparty Lauren J. Dunn ("Dunn"). The request in fact appears to be an objection to Plaintiffs' Motion for Contempt Sanctions for Dunn's and Amerifunding's Willful Violation of a Court Order (Dkt. 131) ("Objection"). The Objection includes multiple attachments which contain sensitive information subject to the privacy protections of Rule 5.2 of the Federal Rules of Civil Procedure. Accordingly, it is hereby

ORDERED that the Clerk publicly file Dunn's Objection. However, all attachments to the Objection must be filed under seal.

The Clerk is directed to forward copies of this Order to parties and counsel of record.

ENTERED this 12th day of December, 2018.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia