IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MATTHEW McDONALD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:18-cv-697 (LMB/TCB) |
| ) | |
| EDWARD G. ROBINSON III, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, Carla DeSilva McPhun and Cadem Capital Group's (together, the "McPhun Defendants") objection [Dkt. No. 200] to the magistrate judge's report and recommendation is OVERRULED, the report and recommendation [Dkt. No. 196] is ADOPTED IN FULL, Plaintiffs' Motion for Sanctions and Entry of Default Judgment Against Defendants Carla McPhun and Cadem Capital Group [Dkt. No. 150] is GRANTED IN PART, and it is hereby

ORDERED that the Clerk enter a default against the McPhun Defendants; and it is further

ORDERED that plaintiffs promptly file a supplemental motion for default judgment specifically indicating how they are entitled to relief under each count of their complaint as well as the amount of their damages.

The Clerk is directed to forward copies of this Order to counsel of record and to the McPhun Defendants, pro se.

Entered this 10 day of January, 2019.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge