## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

|  |  |
|---|---|
| MATTHEW MCDONALD, and MCDHOLINGS, LLC, <br><br> **Plaintiffs,** <br><br> v. <br><br> EDWARD G. ROBINSON, III, EDWARD G. ROBINSON III CONSULTING, LLC, CARLA DESILVA MCPHUN, CADEM CAPITAL GROUP, CHOICE MANAGEMENT, LLC, and CHRISTIAN D'ANDRADE, <br><br> **Defendants.** | Civil Action No. 1:18-CV-00697-LMB/TCB |

## NOTICE OF RELATED BANKRUPTCY CASES AND AUTOMATIC STAY

COME NOW Plaintiffs Matthew McDonald and McDHoldings, LLC, by and through undersigned counsel, to inform the Court that Defendants Carla McPhun ("McPhun") and Christian D'Andrade ("D'Andrade") filed bankruptcy cases in the United States Bankruptcy Courts for the District of Maryland and the Northern District of California, respectively.[1] Plaintiffs understand that the filing of those bankruptcy cases automatically stays this civil action by operation of law. *See* 11 U.S.C. § 362(a)(1).

On January 23, 2019, prior to learning of the filing of the bankruptcy petitions, Plaintiffs filed a Supplemental Memorandum in Support of Plaintiffs' Motion for Entry of Default Judgments Against D'Andrade and McPhun Defendants (the "Supplemental Memorandum").

---

[1] McPhun filed for bankruptcy under Chapter 13 on January 25, 2019. *See In re Desilva-McPhun,* Case No. 0:19-bk-11019 (D. Md. Jan. 25, 2019). D'Andrade filed for bankruptcy under Chapter 7 on January 7, 2019. *See In re D'Andrade*, Case No. 4:19-bk-40042 (N.D. Cal. Jan. 7, 2019).

(*See* Docs. 184, 204.)   Plaintiffs intend to move for relief from the automatic stays in both bankruptcy cases.   Once that relief is granted, Plaintiffs will notify this Court and notice the Supplemental Memorandum and related motion for hearing.

Dated: February 1, 2019                          Respectfully submitted,

                                           */s/ Cathy A. Hinger*
                                           Cathy A. Hinger (VSB No. 46293)
                                           Lela M. Ames (VSB No. 75932)
                                           Pascal F. Naples (VSB No. 87849)
                                           WOMBLE BOND DICKINSON (US) LLP
                                           1200 Nineteenth Street, N.W.
                                           Suite 500
                                           Washington, DC  20036
                                           Tel:     (202) 857-4489
                                           Fax:     (202) 261-0029
                                           E-mail:Cathy.Hinger@wbd-us.com
                                           E-mail:Lela.Ames@wbd-us.com
                                           E-mail: Pascal.Naples@wbd-us.com

                                           *Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on this the 1st day of February, 2019, a copy of the foregoing **NOTICE OF RELATED BANKRUPTCY CASES AND AUTOMATIC STAY**, was filed with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Carla D. McPhun
16913 Harbour Town Drive
Silver Springs, MD 20905
E-mail: carladmcphunlegal@gmail.com

*Pro Se, Individually and for Cadem Capital Group*

Jack Hanly
Grace L. Hill
Assistant United States Attorneys
2100 Jamieson Ave.
Alexandria, VA 22314
grace.hill@usdoj.gov

*Attorneys for Intervenor*

     Via U.S. First-Class Mail on the following:

Christian D'Andrade
642 North L Street
Unit B
Livermore, CA 94550

*Pro se*

Fanny Zhang Wan
2703 7th Street #266
Mail Box 321
Berkeley, CA 94710

*Counsel for Christian D'Andrade in Bankruptcy Case No. 4:19-bk-40042 (N.D. Cal. Jan. 7, 2019)*

     Chambers copy via FedEx, for delivery by February 4, 2019, on the following:

U.S. District Court, Eastern District of Virginia
Clerk's Office
Attn: Hon. Theresa C. Buchanan
401 Courthouse Square
Alexandria, VA 22314

                   */s/ Cathy A. Hinger*
                   Cathy A. Hinger