IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MATTHEW McDONALD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:18-cv-697 (LMB/TCB) |
| ) | |
| EDWARD G. ROBINSON III, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

Defendants Carla McPhun ("McPhun") and Christian D'Andrade ("D'Andrade")—both of whom are in default in this action and against whom plaintiffs are seeking a default judgment—have filed separate petitions for bankruptcy. See In re Desilva-McPhun, No. 0:19-bk-11019 (Bankr. D. Md. Jan. 25, 2019); In re D'Andrade, No. 4:19-bk-40042 (Bankr. N.D. Cal. Jan. 7, 2019). The filing of those bankruptcy petitions automatically stays this civil action. See 11 U.S.C. § 362(a)(1). Accordingly, it is hereby

ORDERED that this civil proceeding be and is STAYED pending further order of the Court.

The Clerk is directed to forward copies of this Order to counsel of record and to McPhun and D'Andrade at their addresses of record.

Entered this 4 day of February, 2019.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge