IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MATTHEW McDONALD, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:18-cv-697 (LMB/TCB) |
| ) | |
| CHRISTIAN D'ANDRADE, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Defendant, Christian D'Amdrare, acting <u>pro se</u> has filed a Motion for Continuance ("Motion") in which he advises the Court that he is unable to attend a hearing set for February 15, 2019 because he is under house arrest and seeks a continuance of all deadlines until October, 2019 because he needs time to obtain counsel.

On February 4, 2019, all activity in this civil action was stayed while defendant's bankruptcy proceeding is processed. Accordingly, the hearing previously scheduled for February 15, 2019 has been cancelled and nothing more can happen in this civil suit until the stay is lifted. For these reasons, it is hereby

ORDERED that defendant's Motion [Dkt. No. 208] be and is DENIED WITHOUT PREJUDICE as moot.

The Clerk is directed to forward copies of this Order to counsel of record and defendant, <u>pro se</u>.

Entered this 7th day of February, 2019.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge

